AO 247 (10/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                                                      Page 1 of 2 (Page 2 Not for Public Disclosure)

## UNITED STATES DISTRICT COURT
for the

Savannah Division

| United States of America | ) |
|---|---|
| v. | ) |
| Francisco David Rivas Nery | ) Case No: 4:11-CR-00273-1 |
|  | ) USM No: 17184-021 |
| Date of Original Judgment: February 22, 2012 | ) George R. Asinc |
| Date of Previous Amended Judgment: N/A | ) Defendant's Attorney |
| *(Use Date of Last Amended Judgment, if any)* | |

Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated February 22, 2012, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: **APRIL 14, 2015**

Judge's signature

William T. Moore, Jr.
Judge, U.S. District Court
Southern District of Georgia
*Printed name and title*

Effective Date: November 1, 2015
*(if different from order date)*